

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00461-CV

**IN RE** Vanessa Lynn **CLARK**

Original Proceeding[1]

PER CURIAM

Sitting:    Rebeca C. Martinez, Chief Justice
           Lori I. Valenzuela, Justice
           Adrian A. Spears II, Justice

Delivered and Filed: July 1, 2026

DENIED

Relator, Vanessa Lynn Clark, filed her petition for writ of mandamus and accompanying record on June 11, 2026. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy at law, such as an appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Having considered the petition, the motion, and the record, this court concludes Clark has not shown that she is entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1]This proceeding arises out of Cause No. 19-041, styled *In the Interest of E.J.S., a Child*, pending in the 451st Judicial District Court, Kendall County, Texas, the Honorable Kirsten Cohoon presiding.